W. A. CASE & SON MANUFACTURING COMPANY, Appellant, v. YOUNG IMPROVEMENT CORPORATION and Another, Respondents, and Others, Defendants.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ.

LUCILLE S. FABRE and CLEMENT D. ALBRECHT, as Executors, etc., Appellants, v. J. ELMER O'DONOHUE, Respondent.— Motion for reargument granted, and case set down for Tuesday, May 7, 1918. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

WILLIAM M. GRAEBER, Respondent, v. GEORGE M. EHRGOTT, Appellant, Impleaded with Others.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ.

HINDLEY & PENDLETON COMPANY, INC., Respondent, v. NEWMAN & CAREY SUBWAY CONSTRUCTION COMPANY, INC., Appellant.— Motion for reargument, or for leave to appeal to the Court of Appeals, denied, without costs. Present — Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ.

HORACE B. HORTON and Others, Respondents, v. QUEENS COUNTY MACHINERY CORPORATION, Appellant, and Others, Defendants.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ.

In the Matter of Supplementary Proceedings: ANNA T. BURT, Respondent, v. HUGH C. WEIR, Appellant.— Motion granted on condition that appellant perfect the appeal, place the case on the calendar for Friday, April 12, 1918, and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ.

In the Matter of the Application of SAMUEL KAUFMAN, Appellant; for a Peremptory Writ of Mandamus, etc. WILLIAM A. PRENDERGAST, Comptroller of the City of New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ.

In the Matter of the Application of the BRONX PARKWAY COMMISSION, Appellant, to Acquire Title to Lands of the GARTH ESTATES, Respondent, and Others, Defendants.— Upon the understanding that appellant has elected, under our order, to begin a new proceeding and to consolidate, we deny the motion. Present — Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of JEPHTHA VAN VLIET and Another, as Executors, etc., of ANNA VAN VLIET, Deceased.— Whether the decree of the surrogate was so modified as to permit the appellant to appeal to the Court of Appeals as of right is not for this court to determine. Assuming for the purposes of the motion that it was not, the motion for leave to appeal to the Court of Appeals is denied. Present — Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ.

HELENA DAY SNYDER, Appellant, v. LOUIS J. SNYDER, as Trustee, etc., and Others, Respondents. LOUIS J. SNYDER, Individually, and SAMUEL F. ENGS, Appellants.— Motions denied. Present — Thomas, Rich, Putnam and Kelly, JJ.; Blackmar, J., not voting.